# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVE JUHLINE, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiffs,<br>vs.<br>BEN BRIDGE JEWELER, INC., a Washington Corporation; and DOES 1 through 50 inclusive,<br>Defendants. | Civil No. 11-cv-2906 (WQH-NLS) |

## MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to FRAP 42(b), Appellant Erika A. Kron hereby moves the Court for an order dismissing the above-captioned appeal with prejudice.

The parties have agreed that each shall bear their own costs and fees on appeal.

Dated: 6-4-15

By: /s/ Matthew Kurilich
MATTHEW KURILICH
Matthew Kurilich California Bar Number 30172
17321 Irvine BLVD STE 115
Tustin CA 92780
Telephone    714-734-3715
Facsimile    714-734-3716
mattkurilich@gmail.com
*Counsel for Objector Erika A. Kron*

1

**MOTION FOR VOLUNTARY DISMISSAL OF APPEAL in STEVE JUHLINE, *et al.,* v. BEN BRIDGE JEWELER, INC., Case No. 11-cv-2906**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the 6-4-15 and served by the same means on all counsel of record.

/s/ Matthew Kurilich

**MOTION FOR VOLUNTARY DISMISSAL OF APPEAL in STEVE JUHLINE, *et al.*, v. BEN BRIDGE JEWELER, INC., Case No. 11-cv-2906**